

**U.S. DEPARTMENT OF JUSTICE**

United States Marshals Service
Southern District of California

*El Centro Division*

---

November 28, 2007

**TO:** Honorable Peter C. Lewis,
Judge of the Magistrate Court

**FROM:** U.S. Marshals Service, El Centro

**SUBJECT:** DUKE, Alicia
**USMS No.** 05731298, **Mag. No.** 07MJ8941

According to the Imperial County Jail medical staff, the defendant named above is approximately six months pregnant. Imperial County Jail Medical Facility does not have the capability of providing proper prenatal care.

In order for Ms. Duke to obtain proper prenatal care, she needs to be transferred to San Diego, where an OBGYN is available.

_____
Signature, Criminal Division

Lucy Insalaco
_____
Printed Name, Criminal Division

FILED
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF                    DEPUTY