Minutes of the United States District Court
Southern District of California
DECEMBER 18, 2007

HON.  JAN M. ADLER                     DEPUTY CLERK: R. RHONE

TAPE NO. JMA07-01-2:20-2:50

07CR3329-JM          USA       vs.      ALICIA NICOLE DUKE (2) (C)

CHANGE OF PLEA

LUPE RODRIGUEZ, CJA

AUSA: JAMES MELENDRES

CHANGE OF PLEA NOT HELD

GOVT'S ORAL MOTION TO DISMISS  - GRANTED (21)
ABSTRACT ISSUED TO USM

1 MINUTE