# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2007 DEC 18 P 3:56  CASE NUMBER 07cr3329-JM |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 05731298 |
| Alicia Nicole Duke (2) ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____12/18/07_____

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed. as to this dft only

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**JAN M. ADLER**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by Rhea J. Rhine, Deputy Clerk

Received _____
         DUSM

Crim-9  (Rev 6-95)                            ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY