UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 20 PM 4:01
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ PDV _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ALICIA NICOLE DUKE,<br><br>             Defendant. | CASE NO. 07CR3329-JM<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8:1324(a)(2)(B)(iii)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/18/07

_____
JAN M. ADLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____