UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 26  AM 10:02

FILED
07 DEC 20  PM 4:01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALICIA NICOLE DUKE,

        Defendant.

CASE NO. 07CR3329-JM

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8:1324(a)(2)(B)(iii)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/18/07

JAN M. ADLER
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgment and Commitment on 12/21/07

ENTERED ON _____

United States Marshal

By: _____
USMS Criminal Section